**Order entered October 16, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01114-CV

**MATTHEW D. STERN, Appellant**

**V.**

**BELLA CUSTOM HOMES, INC., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00079-B**

## ORDER

The reporter's record is overdue. By letter dated October 3, 2017, appellant informed the Court that he has made arrangements to pay for the reporter's record. Accordingly, we **ORDER** Lanetta Williams, Official Court Reporter for County Court at Law No. 2, to file the reporter's record by **November 16, 2017**.

/s/     CRAIG STODDART
          JUSTICE